# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: |
| *Defendant(s)* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

_____

Signature

_____

Name

_____

Address

_____

Phone Number

_____

Fax Number

_____

E-Mail Address

Rev. 2/11