# IN THE UNITED STATES DISTRICT COURT
# FOR THESOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON PERNELL, *also known as Arya Pernell, No. 17601-035,*<br><br>Plaintiff,<br><br>v.<br><br>OFFICER ROSS,<br><br>Defendant. | Case No. 25-cv-001126-SPM<br><br>Judge Stephen P. McGlynn |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Arya Pernell, by and through undersigned counsel, respectfully requests, pursuant to Federal Rule of Civil Procedure 15, leave to file her amended complaint in 60 days. In support of this motion, Plaintiff states as follows:

1. On May 28, 2025, Plaintiff filed her complaint in this matter and moved this Court to proceed in forma pauperis. (ECF 1 and 2).

2. On June 26, 2025, this Court granted Plaintiff's Motion to Proceed in Forma Pauperis. (ECF 10).

3. On December 12, 2025, this Court conducted its preliminary review of the complaint, determined that it survived preliminary review, and ordered (1) the Clerk to serve the United States Attorney's Office for the Southern District of Illinois (USAO) and the Attorney General of the United States (US AG) with a copy of the summons, complaint, and the Memorandum and Order; and (2) Defendant to file a responsive pleading. (ECF 17 at 3-4).

4. The returns of service executed for the USAO and US AG were filed with this Court on December 30, 2025 and January 15, 2026, respectively. (ECF 19 and 20).

5. The return of service executed for Defendant Ross was filed with this Court on February 5, 2026 and the Court ordered Defendant file his answer on April 6, 2026. (ECF 23).

6. No appearances have been filed in this case on behalf of the USAO, US AG, or Defendant Ross.

7. Undersigned counsel filed her appearance in this case on March 19, 2026, (ECF 24) and is seeking leave of this Court to amend the complaint.

8. Undersigned counsel needs to obtain and review documents that Plaintiff has in her possession prior to amending the complaint.

9. Undersigned Counsel has made diligent attempts to obtain this documentation since her representation of Plaintiff but has had issues getting into contact with her client who is currently in the custody of the Bureau of Prisons.

10. Counsel seeks 60 days from the date of the Court's order to review Plaintiff's documents and amend the complaint.

11. Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave."

12. This rule further provides that courts "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

13. Here, justice requires that this Court grant Plaintiff's request to amend the complaint, as she has retained counsel and counsel needs an opportunity to meaningfully review all documents in Plaintiff's possession and amend the complaint.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file her amended complaint in 60 days, and for such other relief as the Court deems just and proper.

Date: March 19, 2026                                   Respectfully submitted,


                                                        s/Maura D. White


Maura D. White
Romanucci & Blandin
321 N. Clark St., Suite 900
Chicago, IL 60654
(312) 253-8632

2

mwhite@rblaw.net
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Maura D. White, an attorney, hereby certify that I served the foregoing **MOTION FOR LEAVE TO AMEND COMPLAINT** on all parties of record via electronic filing, CM/ECF, on March 19, 2026

s/Maura D. White

Maura D. White
Romanucci & Blandin
321 N. Clark St., Suite 900
Chicago, IL 60654
 (312) 253-8632
mwhite@rblaw.net
*Attorney for Plaintiff*