**IN THE UNITED STATES DISTRICT COURT**
**FOR THESOUTHERN DISTRICT OF ILLINOIS**

AARON PERNELL,
*also known as Arya Pernell, No. 17601-035,*    Case No.  25-cv-001126-SPM

Plaintiff,

v.    Judge Stephen P. McGlynn

OFFICER ROSS,

Defendant.

---

## PLAINTIFF'S RESPSONSE TO MOTION TO SUBSTITUTE UNITED STATES AS DEFENDANT

Plaintiff Arya Pernell, by and through undersigned counsel, respectfully responds to the Motion to Substitute the United States as Defendant in the above-captioned matter. In support of this response, Plaintiff states as follows:

1.    On April 6, 2026, the Motion to Substitute United States as Defendant (Motion to Substitute) was filed in this matter. ECF 27.

2.    Plaintiff has no objection to the substitution of United States as Defendant.

WHEREFORE, Plaintiff respectfully files her response to United States' Motion to Substitute.

Date: May 28, 2026                                      Respectfully submitted,


                                                       s/Maura D. White


Maura D. White
Romanucci & Blandin
321 N. Clark St., Suite 900
Chicago, IL 60654
E-mail: mwhite@rblaw.net
P: (312) 458-1000
*Attorney for Plaintiff*

1