AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

AARON PERNELL,
also known as Arya Pernell, No. 17601-035

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA

*Defendant(s)*

Civil Action No. 25-cv-001126-SPM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* UNITED STATES OF AMERICA
c/o Federal Bureau of Prisons
Central Office
320 First Street, NW
Washington, DC 20534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/11/2026 ~~08/10/2026~~

Nara Williams

*Signature of Clerk or Deputy Clerk*